UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | : <br> : <br> : |
| *Plaintiffs*, | Consolidated Case No. 1:02cv00107 <br> : <br> Judge Spiegel |
| THE SIERRA CLUB; MARILYN WALL, | : <br> : |
| *Plaintiffs*, | : |
| v. | : |
| HAMILTON COUNTY BOARD OF COUNTY COMMISSIONERS; CITY OF CINCINNATI, | : |
| *Defendants*. | : |

## NOTICE OF SETTLEMENT OF ALL ISSUES PERTAINING TO APPEAL OF ORDER GRANTING MOTION FOR ATTORNEYS' FEES

Plaintiffs, Sierra Club and Marilyn Wall, and defendants, the Hamilton County Board of County Commissioners and the City of Cincinnati, hereby give notice that they have settled all issues pertaining to the Motion For Attorney Fees And Costs By Plaintiffs The Sierra Club And Marilyn Wall (Doc. 136), the Opinion And Order Granting Motion For Attorney Fees And Costs (Doc. 144), and raised in the Notice of Appeal (Doc. 146). The claims of the plaintiffs having been compromised and satisfied, the parties stipulate and agree that the Court need not take any further action pursuant to the remand from the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

| | |
|---|---|
| s/D. David Altman by Phillip J. Smith per authorization | s/Phillip J. Smith |
| D. David Altman (0021457)<br>Amy J. Leonard (0040611)<br>Amy M. Hartford (0074836)<br>D. DAVID ALTMAN CO., LPA<br>15 E. Eighth Street<br>Suite 200W<br>Cincinnati, OH 45202<br>Telephone: 513-721-2180<br>Facsimile: 513-721-2299<br><br>Albert J. Slap, Esq.<br>LAW OFFICE OF ALBERT J. SLAP<br>36 Glengarry Drive<br>Aspen, CO 81611<br><br>Attorneys for Plaintiffs,<br>Sierra Club and Marilyn Wall | Mark A. Norman (0012033)<br>Phillip J. Smith (0062942)<br>Theodore A. Boggs (0032905)<br>VORYS, SATER, SEYMOUR AND<br>  PEASE LLP<br>Suite 2000, Atrium Two<br>221 East Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: 513-723-4000<br>Facsimile: 513-723-4056<br>manorman@vorys.com<br>pjsmith@vorys.com<br>taboggs@vorys.com<br><br>Nee Fong Chin (0038095)<br>William P. Heile (0024210)<br>HAMILTON COUNTY PROSECUTOR'S<br>  OFFICE<br>230 E Ninth Street<br>Suite 4000<br>Cincinnati, OH 45202-2151<br>Telephone: 513-946-3042<br>Facsimile: 513-946-3018<br>E-mail: neefong.chin@hcpros.org<br><br>Attorneys for Defendant,<br>The Board of County Commissioners of<br>Hamilton County, Ohio<br><br>s/Julia L. McNeil by Phillip J. Smith per authorization<br>Julia L. McNeil (0043535)<br>Terrance A. Nestor (0065840)<br>CITY OF CINCINNATI<br>801 Plum Street<br>Room 214 City Hall<br>Cincinnati, OH 45202<br>Telephone: 513-352-3334<br>E-mail: terry.nestor@cincinnati-oh.gov<br><br>Attorneys for Defendant,<br>The City of Cincinnati |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel, this 11th day of December 2007:

Gregory Lockhart  
UNITED STATES ATTORNEY'S OFFICE  
PO Box 280  
200 W Second Street  
Room 602  
Dayton, OH 45402  

Leslie Allen  
Environmental Enforcement Section  
Environment and Natural Resources Div  
UNITED STATES DEPARTMENT OF JUSTICE  
P.O. Box 7611  
Washington, DC 20044-7611  

Gary Prichard  
Associate Regional Counsel  
US EPA  
Region 5 (C-14J)  
77 West Jackson Blvd  
Chicago, IL 60604-3590  

Thomas L Sansonetti  
Assistant Attorney General  
Environment and Natural Resources Div  
UNITED STATES DEPARTMENT OF JUSTICE  
10th & Pennsylvania Avenue N.W.  
Washington, DC 20530  

Caleb Brown, Jr.  
527 Linton Street  
Cincinnati, OH 45219  

Donetta D. Wiethe  
U.S. DEPARTMENT OF JUSTICE  
Suite 400, Atrium Two  
221 East Fourth Street  
Cincinnati, OH 45202  

Arthur W. Harmon, Jr.  
HARMON, DAVIS & ASSOCIATES  
1200 Cypress Street  
Cincinnati, OH 45206  

J. Steven Justice  
TAFT, STETTINIUS & HOLLISTER  
110 North Main St., Suite 900  
Dayton, OH 45402  

Margaret A. Malone  
OHIO ATTORNEY GENERAL  
Environmental Enforcement Section  
30 East Broad Street  
25th Floor  
Columbus, OH 43215-3428  

Jessica L. Powell  
LEGAL AID SOCIETY OF CINCINNATI  
215 East Ninth Street  
Suite 200  
Cincinnati, OH 45202-2122  

                                      s/Phillip J. Smith  
                                      Phillip J. Smith